MICHAEL J. DUVALL (SBN 276994)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017
(213) 623-9300
michael.duvall@dentons.com

Attorney for Defendant,
DON'T RUN OUT, INC. D/B/A PUBLIC GOODS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CASILLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DON'T RUN OUT, INC. D/B/A PUBLIC GOODS<br><br>Defendant. | No. 2:22-cv-01153<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiff Joseph Casillas and Defendant Don't Run Out, Inc., doing business as Public Goods ("Public Goods"), hereby stipulate that:

Defendant Public Goods shall have a thirty (30) day extension of time, from July 27, 2022 to August 26, 2022, to respond to Plaintiff's Complaint (ECF No.1) in the above-captioned action. No previous extensions have been sought or granted in this case.

Dated:  July 22, 2022                                DENTONS US LLP


By: /s/Michael J. Duvall
       Michael J. Duvall

Attorneys for Defendant
DON'T RUN OUT, INC. D/B/A
PUBLIC GOODS

Dated:  July 22, 2022                                LAW OFFICES OF RONALD A. MARRON


By /s/Kas L. Gallucci (as authorized on 7/22/22)
       Kas L. Gallucci

Attorneys for Plaintiff
JOSEPH CASILLAS

## ORDER

Defendant Public Goods' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to August 26, 2022.

**IT IS SO ORDERED.**

DATED: July 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE