MICHAEL DUVALL (SBN 276994)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
(213) 623-9300
michael.duvall@dentons.com

Attorneys for Defendant,
DON'T RUN OUT, INC. D/B/A PUBLIC GOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CASILLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DON'T RUN OUT, INC. D/B/A PUBLIC GOODS<br><br>Defendant. | Case No. 2:22-cv-01153<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiff Joseph Casillas and Defendant Don't Run Out, Inc., doing business as Public Goods ("Public Goods"), hereby stipulate that:

Subject to Court approval, Defendant Public Goods shall have a thirty (30) day extension of time, from August 26, 2022 to September 26, 2022, to respond to Plaintiff's Complaint (ECF No.1) in the above-captioned action. The Parties previously stipulated to, and the Court granted, one 30-day extension of time for Defendant to respond to the Complaint. (ECF No. 11). The Parties propose this additional extension while they explore an early resolution of this lawsuit, and do not anticipate proposing any further extensions for Defendant's responsive pleading.

Dated:  August 22, 2022                    DENTONS US LLP


                                           By:  /s/Michael J. Duvall
                                                Michael J. Duvall

                                           Attorneys for Defendant
                                           DON'T RUN OUT, INC. D/B/A PUBLIC GOODS


Dated:  August 22, 2022                    LAW OFFICES OF RONALD A. MARRON


                                           By:  /s/Kas L. Gallucci (as authorized on 8/22/22)
                                                Kas L. Gallucci

                                           Attorneys for Plaintiff
                                           JOSEPH CASILLAS

Case No. 2:22-cv-01153        2        STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT

ORDER

Defendant Public Goods' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to September 26, 2022.

**IT IS SO ORDERED.**

Dated: August 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE